UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA 01** | **:** | **CRIMINAL NO. 2:23-cr-00189-** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **ARTHUR D DEVILLE** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 30] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count Two of the Indictment.

Sentencing is set for February 22, 2024, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

Upon entry of this Judgment, defendant becomes convicted of the crime to which he pled, and defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the

Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

    **THUS DONE AND SIGNED** in Chambers on the 27th day of November, 2023.

                      **JAMES D. CAIN, JR.**
                **UNITED STATES DISTRICT JUDGE**